UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   Case No. 16 cv 1370

RIGANNI URRELY,

Plaintiff,

- against -

AMB MEDICAL SERVICES, P.C.,
ALAN M. BIGMAN, M.D., *Individually*,
DAWN BERNSTEIN, *Individually*, and
JOEL E. HERSHEY, M.D., *Individually*,

Defendants.

------------------------------------------------------------------X

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this action, including all claims that were asserted herein, is hereby dismissed with prejudice. The parties agree to bear their own costs and attorneys' fees except as otherwise agreed to between the parties.

| | |
|---|---|
| **PHILLIPS & ASSOCIATES,**<br>**ATTORNEYS AT LAW, PLLC** | **RIVKIN RADLER,**<br>**ATTORNEYS AT LAW** |
| By: _Casey Wolnowski_ | By: _Scott R. Green_ |
| Casey Wolnowski, Esq.<br>*Attorneys for Plaintiff*<br>45 Broadway, Suite 620<br>New York, NY 10006<br>Ph: (212) 248-7431<br>Email: cwolnowski@tpglaws.com | Scott R. Green, Esq.<br>*Attorneys for Defendants*<br>926 RXR Plaza<br>Uniondale, NY 11556-0926<br>Ph: (516) 357-3139<br>Email: scott.green@rivkin.com |
| Date: March 27, 2017 | Date: 3/27/17 |

**SO ORDERED:**

_____
Hon. Allyne R. Ross, U.S.D.J.