UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X   Case No. 16 cv 1370

RIGANNI URRELY,

                                   Plaintiff,

                                                                 **STIPULATION OF DISMISSAL**
         - against -                                             **WITH PREJUDICE**

AMB MEDICAL SERVICES, P.C.,
ALAN M. BIGMAN, M.D., *Individually*,
DAWN BERNSTEIN, *Individually*, and
JOEL E. HERSHEY, M.D., *Individually*,

                                   Defendants.
--------------------------------------------------------------X

         IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

undersigned counsel, that this action, including all claims that were asserted herein, is hereby

dismissed with prejudice. The parties agree to bear their own costs and attorneys' fees except as

otherwise agreed to between the parties.


**PHILLIPS & ASSOCIATES,**                    **RIVKIN RADLER,**
**ATTORNEYS AT LAW, PLLC**                    **ATTORNEYS AT LAW**


By: _____                       By: _____
Casey Wolnowski, Esq.                         Scott R. Green, Esq.
*Attorneys for Plaintiff*                     *Attorneys for Defendants*
45 Broadway, Suite 620                        926 RXR Plaza
New York, NY 10006                            Uniondale, NY 11556-0926
Ph: (212) 248-7431                            Ph: (516) 357-3139
Email: cwolnowski@tpglaws.com                 Email: scott.green@rivkin.com


Date: ___March 27, 2017___                    Date: ___3/27/17___

**SO ORDERED:**

   /s/(ARR)
_____
Hon. Allyne R. Ross, U.S.D.J.